UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:23-CR-20021-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARIO HENRY GARCIA,

        Defendant.
_____/

## NOTICE OF TEMPORARY APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned is authorized to practice in this Court and hereby enters her temporary appearance in this action as counsel for the Defendant, MARIO HENRY GARCIA, for proceedings in the district court only. Upon this Court's entry of the undersigned's appearance, all pleadings and papers in this action should be served electronically via CM/ECF to *kristy@figueroa-law.com*.

Dated this 14th day of February, 2023.

        Respectfully submitted,

        /s/ *Kristin Figueroa-Contreras*
        _____
        Kristin D. Figueroa-Contreras, Esq.
        Florida Bar No. 643394
        FIGUEROA-CONTRERAS LAW GROUP, PLLC
        2030 S. Douglas Road, Suite 204
        Coral Gables, FL 33134
        Telephone:   305-639-8599
        Facsimile:    305-397-1384
        E-mail:        kristy@figueroa-law.com
        Counsel for Defendant

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Kristin Figueroa-Contreras*
_____
Kristin D. Figueroa-Contreras, Esq.
Florida Bar No. 643394
FIGUEROA-CONTRERAS LAW GROUP, PLLC
2030 S. Douglas Road, Suite 204
Coral Gables, FL 33134
Telephone:	305-639-8599
Facsimile:	305-397-1384
E-mail:		kristy@figueroa-law.com
Counsel for Defendant

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*