# MINUTE ORDER

Page 6

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor           Date: 2/15/2023   Time: 2:00 p.m.

Defendant: MARIO HENRY GARCIA    J#: 41781-510    Case #: 23-CR-20021-ALTONAGA
AUSA: Hayden O'Byrne                 Attorney: AFPD – Kristin Figueroa-Contreras (Temp)
Violation: ORDER OF COURT/FAILURE TO APPEAR      Surr/Arrest Date: 2/14/2023   YOB: 1957

Proceeding: Initial Appearance                    CJA Appt:
Bond/PTD Held: ⊙ Yes  ⊙ No    Recommended Bond:
Bond Set at:                                      Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs         Language: Spanish
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Disposition:
Defendant advised of rights and charges

Counsel filed temporary appearance

***Defendant's bond was revoked by Chief Judge Altonaga on 2/6/23***

*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | 3/1/23 | 10:00 a.m. | | Duty/Miami |
| PTD/Bond Hearing: | | | | |
| **Arraignment:** | 3/1/23 | 10:00 a.m. | | Duty/Miami |
| Status Conference RE: | | | | |

D.A.R. 14:39:40                                   Time in Court: 5 mins

s/Lauren F. Louis                                 Magistrate Judge