UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                      CASE NO. 23-CR-20021-CMA-1

        **Plaintiff,**

vs.

**MARIO HENRY GARCIA,**

        **Defendant,**
_____/

## NOTICE OF PERMANENT APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, **ANA M. DAVIDE**, hereby appears as permanent counsel of record on behalf of Defendant, **MARIO HENRY GARCIA,** in the above-styled cause.  Please direct all notices and pleadings to the undersigned at the below-designated e-mail address and physical address.  This appearance of counsel is only for proceedings in the United States District Court for the Southern District of Florida.

    Respectfully submitted,

    ANA M. DAVIDE
    (Florida Bar No. 875996)
    ANA M. DAVIDE, P.A.
    420 South Dixie Highway, Suite 4B
    Coral Gables, Florida 33146
    Telephone: (305) 854-6100
    Fax: (305) 854-6197
    E-mail: ana@anadavidelaw.com
    (Counsel for Defendant, *Mario Henry Garcia***.**)

    */s/  Ana M. Davide*_____
    ANA M. DAVIDE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> ANA M. DAVIDE
> (Florida Bar No. 875996)
> ANA M. DAVIDE, P.A.
> 420 South Dixie Highway, Suite 4B
> Coral Gables, Florida 33146
> Telephone: (305)854-6100
> Fax: (305) 854-6197
> E-mail: ana@anadavidelaw.com
> (Counsel for Defendant, *Mario Henry Garcia*.)
>
> /s/  Ana M. Davide
> ANA M. DAVIDE

## SERVICE LIST

**United States of America v. Mario Henry Garcia**
**Case No. 23-CR-20021-CMA-1**
**United States District Court, Southern District of Florida**

Hayden P. O'Byrne, A.U.S.A.
Office of the United States Attorney
99 N.E. 4th Street
Miami, FL 33132
Telephone: (305) 961-9447
Fax: (305) 536-5321
E-mail: hayden.obyrne@usdoj.gov